UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISIAH TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>GENEVIEVE CRAGGS, et al.,<br><br>    Defendants. | Case No. 2:24-cv-00496-APG-EJY<br><br>**ORDER** |

Plaintiff, an inmate incarcerated in High Desert State Prison, submitted a Civil Rights Complaint under 42 U.S.C. § 1983 on March 13, 2024. ECF No. 1-1. A few days later, Plaintiff filed Motions for Appointment of Counsel (ECF No. 3) and Request for Admissions (ECF No. 4). Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis* and, therefore, has not commenced a civil action.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the full $405 filing fee. To apply for *in forma pauperis* status Plaintiff must submit **three** required documents to the Court. These include: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. In the absence of a complete *in forma pauperis* application or payment of the filing fee, this case has not commenced and his motions are moot.

Accordingly, IT IS HEREBY ORDERED that on or before **May 21, 2024**, Plaintiff must either pay the $405 filing fee for a civil action or file: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that Plaintiff's Motions for Appointment of Counsel (ECF No. 3) and Request for Admissions (ECF No. 4) are DENIED as moot and without prejudice.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **May 21, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED this 23d day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE