UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISIAH TAYLOR,<br><br>               Plaintiff,<br><br>v.<br><br>GENEVIEVE CRAGGS, TYLER SMITH, STEVEN B. WOLFSON, JASMIN LILLY-SPELLS, JORDAN S. SAVAGE,<br><br>               Defendants. | Case No. 2:24-cv-00496-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>(ECF No. 8) |

On April 8, 2024, Magistrate Judge Youchah recommended dismissal of plaintiff Isiah Taylor's complaint because it is barred by the doctrine announced in *Heck v. Humphrey*, 512 U.S. 477, 489 (1994). ECF No. 8 at 2. She also found that the defendants are either immune from suit or not state actors properly sued under 42 U.S.C. § 1983. *Id.* at 3. Taylor filed an objection. ECF No. 10.

I have conducted a de novo review of the issues set forth in Judge Youchah's Report and Recommendation under Local Rule IB 3-2. Taylor's objection does not rebut Judge Youchah's findings or conclusions, or offer any reason why I should not accept her recommendation. Judge Youchah's Report sets forth the proper legal analyses and the factual bases for the decision, and I accept and adopt it as my own.

I THEREFORE ORDER that the Report and Recommendation (ECF No. 8) is accepted, and this case is DISMISSED without prejudice. All pending motions are denied without prejudice. The clerk of the court shall enter Judgment accordingly.

Dated: May 13, 2024.

                                                                  ANDREW P. GORDON<br>
                                                                  UNITED STATES DISTRICT JUDGE